CAMP ALPINE OF GREATER NEW YORK COUNCILS, BOY SCOUTS OF AMERICA, A CORPORATION ORGANIZED UNDER TITLE 15, PLAINTIFF-RESPONDENT, v. BOROUGH OF NORWOOD, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued January 11, 1982—Decided January 26, 1982.

Before Judges MILMED, JOELSON and GAULKIN.

*Harold Ritvo* argued the cause for defendant-appellant (*Gruen & Ritvo*, attorneys; *Harold Ritvo* on the brief).

*George W. Parsons, Jr.*, argued the cause for plaintiff-respondent (*Cole, Geaney, Yamner & Byrne*, attorneys; *Michael J. Sweeney* on the brief).

PER CURIAM.

The judgment under review is affirmed substantially for the reasons expressed by Judge Evers in his opinion for the Tax Court appearing at 178 *N.J.Super.* 98, 2 *N.J.Tax* 223 (1981).